```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**MICHAEL A. SINGLETON**               :        CIVIL ACTION
                                       :
      v.                                :
                                       :
**THE CRIMINAL SYSTEMS OF**            :
**N.J., S.C., et al.**                 :        NO. 12-2662

## M E M O R A N D U M

**MCLAUGHLIN, J.**                              SEPTEMBER 6, 2012

    Plaintiff, an inmate, is seeking to bring a civil action without prepayment of fees. Pursuant to 28 U.S.C. § 1915(g), a prisoner who on three or more prior occasions while incarcerated has filed an action in a federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted, must be denied in forma pauperis status unless he was in imminent danger of serious physical injury at the time that the complaint was filed. Abdul-Akbar v. McKelvie, 239 F.3d 307 (3d Cir.), cert. denied, 533 U.S. 953 (2001).

    There are no allegations in plaintiff's complaint that would suggest that he was in imminent danger of serious physical injury at the time that this action was filed. Furthermore, prior to the filing of the instant case, plaintiff filed three or more actions, which were dismissed as frivolous or for failure to state a claim upon which relief may be granted.[1]

---

[1] See, e.g., Order, Singleton v. United States, No.8:11-cv-1198-TMC(D.S.C. Nov. 10, 2011); Order, Singleton v. Charles County Public Defender's Office, No.8:03-cv-8-CWH(D.S.C. Apr. 22, 2004); Order, Singleton v. County of Charleston, No.8:02-cv-2116-CWH(D.S.C. Apr. 8, 2004); Order, Singleton v. South Carolina, No.8:02-cv-2612-CWH(D.S.C. Aug. 4, 2003); Order, Singleton v. N. Charleston Police Department, No. 8:02-cv-3109-CWH(D.S.C. Nov. 14, 2002).

Accordingly, plaintiff's motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> will be denied.