IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. SINGLETON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE CRIMINAL SYSTEMS OF | : | |
| N.J., S.C., et al. | : | NO. 12-2662 |

O R D E R

AND NOW, this 6th day of September, 2012, IT IS **HEREBY ORDERED** that:

1. Plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g);

2. The Clerk of Court shall mark this case **CLOSED** statistically.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.